# UNITED STATES DISTRICT COURT
### for the
### Eastern District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 5:20-MJ-1840-RN |
| ANTONIO NATHANIEL DAVENPORT | ) | |
| | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ October 9, 2019 _____ in the county of _____ Wake _____ in the
Eastern District of _____ North Carolina _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Possession of a firearm by felon |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Maria Jocys, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 over the telephone.

Date: _____ August 10, 2020 _____

_____
*Judge's signature*

City and state: _____ Raleigh, NC _____

Robert T. Numbers II, United States Magistrate Judge
*Printed name and title*



AFFIDAVIT OF MARIA JOCYS, SPECIAL AGENT
DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF INVESTIGATION

I, MARIA JOCYS, being duly sworn, hereby depose and state as follows:

1.     I am a Special Agent for the Department of Justice, Federal Bureau of Investigation (DOJ/FBI). Thus, I am a "Federal Law Enforcement Officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General. As such, I am empowered to conduct investigations of, and to make arrests for, violations of federal law.

2.     I have been a Special Agent since 1997. I was initially assigned to the Denver Field Office and worked criminal investigations, including violent criminal enterprises. In 1999, I was assigned to the Joint Terrorism Task Force (JTTF) of the Denver Field Office and worked international terrorism investigations. From 2001 until 2007, I was assigned to the International Terrorism Operations Section of the Counterterrorism Division, FBI Headquarters in Washington, D.C. From 2007 until 2016, I was assigned as the Supervisory Special Agent to the Raleigh/Durham JTTF of the Charlotte Field Office and oversaw investigative matters involving domestic and international terrorism. I have been assigned as a Special Agent to the Raleigh/Durham Safe Streets Task Force (RDSSTF) of the Charlotte Field Office since February of 2016. Since being assigned to the RDSSTF, I have worked investigations into violent street gangs and narcotics distribution.

Introduction

3.     This affidavit is made in support of a complaint against ANTONIO NATHANIEL DAVENPORT JR, also known as "LIL TONY" (hereinafter "DAVENPORT"), charging that on

1



October 9, 2019, DAVENPORT, having been previously convicted of a felony punishable by a term of imprisonment exceeding one year, and with knowledge of that conviction, possessed a firearm in and affecting interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

4.    Because this affidavit is being submitted for the limited purpose of seeking authorization for an arrest, I have not set forth each and every fact learned during the course of this investigation, nor have I necessarily set forth all facts which support the authorization sought. Nor do I request that this Court rely upon any facts not set forth herein in reviewing this affidavit in support of the Application for this complaint.

Details of Investigation

5.    I am familiar with ANTONIO NATHANIEL DAVENPORT, JR ("DAVENPORT"), date of birth April 8, 1995, FBI Number 400601TD8, and know him to be a validated Eight Trey Gangster Crips ("ETGC") gang member and affiliated with the Braggtown ETGC's. Additionally, your affiant is aware that DAVENPORT was a member of the music group, "83 Babies" along with Tyrese Taylor and Tevin Burney, both of whom are known to law enforcement as ETGC gang members affiliated with Braggtown. Your affiant is also aware that "83" in "83 Babies" represents Eight Trey Gangsters.

6.    On September 30, 2019, a Confidential Informant (CI)[1] said DAVENPORT was residing with his mother and grandmother at an apartment "near Frankie's, by Brier Creek[2]." Investigators determined by searching databases available to law enforcement that the apartment CI described was 10651 West Gate Club, Apartment 201, Raleigh, North Carolina.

---

[1] CI has been a confidential informant for the FBI for approximately one year. During this period, CI has proven reliable and the information he/she provided has been corroborated. CI is not motivated by pending charges or monetary compensation.
[2] Frankie's" is a fun park, amusement center located at 11190 Fun Park Drive, Raleigh, NC, which is across from the Carrington at Brier Creek Apartment Complex, 10651 West Gate Club Raleigh, North Carolina

7.     CI further informed investigators that DAVENPORT was in possession of a pistol identified as a CZP P-07 9mm pistol, serial number C005529. CI stated that DAVENPORT stored the pistol at the apartment at 10651 West Gate Club Drive, Raleigh, North Carolina. CI was aware that DAVENPORT had previously stored other firearms at this apartment.

8.     On October 3, 2019, investigators made contact, with the manager at the Carrington at Brier Creek apartment complex, 10651 West Gate Club Drive, Raleigh, North Carolina. The manager informed investigators that Keila Davenport and Veronica Tedder were listed on the on the lease for apartment 201 and that this information was current as of October 3, 2019. Based on information available to law enforcement, Keila Davenport was the mother of DAVENPORT and Veronica Tedder was his grandmother.

9.     On October 3, 2019, CI reported seeing DAVENPORT with the CZP P-07 9mm pistol that CI previously reported to investigators. CI knew that DAVENPORT stored the identified pistol at 10651 West Gate Club Drive apartment 201, Raleigh, NC during his recent travel to New York.

10.    On October 9, 2019, at approximately 6:30 am, the RDSSTF, including your affiant, assisted the Wake County Sheriff's Office and investigators from the Durham Police Department, Homicide Unit, with the execution of a search warrant at 10651 Westgate Club Drive, Apartment 201, Raleigh, North Carolina, which was DAVENPORT's address. DAVENPORT was found inside the identified apartment and taken into custody for warrants issued in Durham County regarding the August 18, 2019, gang related shooting death of nine-year old Zyon Person in Durham. DAVENPORT's mother, grandmother, and brother, identified as Keon Davenport, were also found in the apartment.

3



11. During execution of the search warrant and arrest of DAVENPORT, a blue in color 2016 Toyota Corolla, VIN number 2T1BURHE4GC592228, was located parked in the lot near the 10651 building. During physical surveillance by the RDSSTF at 10651 West Gate Club Drive the previous day, (October 8, 2019), DAVENPORT was seen arriving at the apartment at or about 5:12 pm in the blue 2016 Toyota Corolla. DAVENPORT was the driver and only occupant of the vehicle. After parking, DAVENPORT exited the vehicle and went inside what was believed to be apartment 201. At or about 5:40 pm, DAVENPORT was seen exiting the apartment and getting into the driver's side of the blue Toyota Corolla. DAVENPORT departed the area and surveillance was discontinued at that time.

12. Keon Davenport informed investigators that the blue Toyota Corolla belonged to DAVENPORT and his girlfriend, Rhonni Lyons. Keon stated that DAVENPORT drove the vehicle, and at times, Lyons did as well.

13. Based on the surveillance conducted by the RDSSTF on October 8, 2019 that placed DAVENPORT as the driver of the blue Toyota Corolla, and statements made by Keon Davenport to investigators regarding DAVENPORT's ownership of the vehicle, K9 handler M. Fuentes of the Wake County Sheriff's Office utilized K9 Santos and conducted an exterior sniff of the blue Toyota Corolla. K9 Santos alerted to the driver's side door, and during a probable cause search of the vehicle, two (2) 9mm bullets were located inside the glove box. Additionally, two (2) masks were located inside the right front door of the vehicle. At this time, the search of the vehicle was halted pending issuance of a search warrant.

14. On October 9, 2019, at 11:09 am, Investigator D. Cramer of the Durham Police Department obtained a search warrant issued by the Honorable James E. Hardin, North Carolina Superior Court Judge, for the blue Toyota Corolla.

4

KLS

15.     On October 9, 2019, at 11:20 am, investigators executed the search warrant of the blue Toyota Corolla.  During the search, a CZ model P-07 9mm pistol, serial number C005529, marked "MADE IN CZECH REPUBLIC," and loaded with fifteen (15) rounds, was found underneath the driver's seat.

16.     On October 28, 2019, the Honorable Orlando Hudson, North Carolina Superior Court Judge authorized the issuance of a search warrant for DAVENPORT's Instagram account, "Lil Tony," user ID 22599161 and vanity name "liltony919."  On October 30, 2019, the search warrant was served on Instagram.  On November 14, 2019, Instagram provided the requested records.

17.     Your affiant reviewed DAVENPORT's Instagram records and found that on October 6, 2019, at 3:30:53 (UTC), DAVENPORT posted the following statement that read, "I need them 9s ASAP sz9."     Based on your affiant's knowledge, training, and experience DAVENPORT was likely asking for 9mm ammunition for the CZ model P-07 9mm pistol that was subsequently seized by investigators on October 9, 2019 from DAVENPORT's blue Toyota Corolla.

Firearms Nexus

18.     On October 9, 2019, FBI Special Agent Eric Nye, a firearms nexus expert, examined the CZ model P-07 9mm pistol, serial number C005529, marked "MADE IN CZECH REPUBLIC" that was recovered during execution of a search warrant on DAVENPORT's blue Toyota Corolla earlier that day.  SA Nye determined that the pistol was manufactured by CZ in the Czech Republic.  Therefore, he determined that the identified pistol had moved in interstate or foreign commerce prior to DAVENPORT possessing it.

5



### Davenport's Criminal History

19.     I reviewed DAVENPORT's criminal history and found that DAVENPORT was convicted on January 7, 2016, in the Superior Court of Durham County, of the felony offense of Second-Degree Burglary and Felony Larceny.  DAVENPORT was sentenced to a term of imprisonment no less than thirteen months and no more than twenty-five months. Further, I reviewed the "Transcript of Plea" for this conviction, which lists the offense of conviction as a felony and identifies the potential penalty as a term of imprisonment exceeding one year.

### Conclusion

20.     Based upon the foregoing, I respectfully submit that there is probable cause to believe that on October 9, 2019 in Wake County, ANTHONY NATHANIEL DAVENPORT JR having been previously convicted of a felony punishable by a term of imprisonment exceeding one year, and with knowledge of that conviction, possessed a firearm in and affecting interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

Maria Jocys, Special Agent
Department of Justice, Federal Bureau of Investigation

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this written affidavit.
Dated: August 10, 2020

Robert T. Numbers, II
United States Magistrate Judge

6

